Tesauro *v.* Chestnut Corporation, Appellant.

Argued September 14, 1959. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (HIRT, J., absent).

*Melvin Alan Bank,* with him *Bank and Minehart,* for appellant.

*S. Robert Levant,* with him *Markovitz, Stern & Shusterman,* for appellee.

OPINION PER CURIAM, November 11, 1959:

The order of the court below is affirmed on the opinion of Judge PIEKARSKI of the Municipal Court of Philadelphia, as reported in 18 Pa. D. & C. 2d 649.